UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

KODAK GRAPHIC COMMUNICATIONS
CANADA COMPANY, AS SUCCESSOR
TO CREO, INC.,

                        Plaintiff,

Case # 08-CV-6553-FPG

v.

DECISION AND ORDER

E.I. DU PONT DE NEMOURS AND COMPANY,

                        Defendant.

      The jury returned a verdict in this case on November 15, 2013, which awarded Plaintiff $12,504,253.00 in damages. Since then, the parties have discussed the appropriate calculation of pre-judgment interest that would be due to Plaintiff under 815 Ill. Comp. Stat. 205/2, and on December 13, 2013, the parties filed a stipulation (Dkt. #231) with a proposed pre-judgment interest calculation.

      After review, the Court accepts and adopts the pre-judgment calculation contained within the stipulation. The Clerk is directed to enter judgment in this case in favor of Plaintiff in the principal amount of $12,504,253.00 plus $3,127,211.32 in pre-judgment interest, for a total amount of $15,631,464.32.

      IT IS SO ORDERED.

DATED:    December 13, 2013
             Rochester, New York

_____
HON. FRANK P. GERACI, JR.
United States District Judge

1