AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of NY

KODAK GRAPHIC COMMUNICATIONS CANADA COMPANY, AS SUCCESSOR TO CREO, INC.,
*Plaintiff*
v.
E.I. DU PONT NEMOURS AND COMPANY,
*Defendant*

Civil Action No. 08CV6553 FPG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff *(name)* Kodak Graphic Communications Canada Company, as Successor to Creo, Inc. recover from the defendant *(name)* E.I. Du Pont De Nemours and Company the amount of (see amounts in other section) dollars ($ ), which includes prejudgment interest at the rate of ___%, plus post judgment interest at the rate of ___% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Judgment in favor of plaintiff in the principal amount of $12,504,423.00 plus $3,127,211.32 in pre-judgment interest for a total amount of $15,631,464.32.

This action was *(check one)*:

☒ tried by a jury with Judge Frank P. Geraci presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 12/13/2013

*CLERK OF COURT*

*[signature] Michael J. Roemer*

*Signature of Clerk or Deputy Clerk*